PER CURIAM.

(No. 7026

LOUIS S. ELOVITZ, Claimant, *vs.* STATE OF ILLINOIS, POLLUTION CONTROL BOARD, Respondent.

*Opinion filed March 8, 1973.*

LOUIS S. ELOVITZ, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7046

GEORGE D. KARCAZES, Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed March 8, 1973.*

GEORGE D. KARCAZES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.